UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------------- x

SHAVAR MCFADDEN,

                                            Plaintiff,

-against-

CITY OF NEW YORK, NYPD, DETECTIVE MICHAEL
MCCREADY, SERGEANT RAMIRO RUIZ, DETECTIVE
EDWIN ESTRADA, DETECTIVE MICHEAL MCGOVERN,

                                            Defendants.
------------------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

18 CV 3814 (LDH) (RML)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
June 13, 2019

GEOFFREY ST. ANDREW STEWART
*Attorney for Plaintiff*
139 Fulton Street, Suite 508
New York, NY 10038
212-625-9696

By: _____
Geoffrey St. Andrew Stewart
*Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
   City of New York
*Attorney for Defendants City of New York, The New York City Police Department, Estrada, Mccready, McGovern, and Ruiz*
100 Church Street, 3rd Floor
New York, New York 10007

By: _____
Valerie Smith
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. LASHANN DEARCY HALL
UNITED STATES DISTRICT JUDGE

Dated: _____, 2019